**Raymond DUGGAN**

v.

**John J. MORAN.**

**No. 80–310–M.P.**

Supreme Court of Rhode Island.

July 10, 1980.

Allegra E. Munson, Asst. Public Defender, for petitioner.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., for respondent.

## ORDER

The petition for writ of habeas corpus is denied pro forma. This matter is remanded to the Superior Court with instructions that said court conduct a violation hearing forthwith.

DORIS, J., did not participate.